UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, et al.,

        Plaintiffs,

-v-                                            No. 08 Civ. 869 (LTS)(FM)

PITKIN CARPET, INC.,

        Defendant.                             <u>ORDER</u>

-------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on January 24, 2008, in which the plaintiffs requested the confirmation of an arbitration award issued on November 17, 2007, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, it is hereby

        ORDERED, that the plaintiffs may make a motion for a default judgment; and it is further

        ORDERED, that the plaintiffs' motion shall be accompanied by the following:

a.    An affidavit confirming that the plaintiff's petition for confirmation of the arbitration award, to the extent that it was filed through the original complaint or otherwise, was timely filed, that the award that is the subject of the application has not been vacated or modified and that no application for such relief is currently pending;

b.    The papers enumerated in 9 U.S.C. § 13; and

c.    Proposed entry of judgment on the award and the Clerk's Certificate of default.

        ORDERED, that such motion for default judgment, along with the accompanying materials, shall be served on the defendant and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiffs shall serve a copy of this Order on the defendant and file proof of such service within ten (10) days from the date hereof.

Dated:    New York, New York
              April 8, 2008

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge