STATE OF NEW YORK     )
                      :SS.:
COUNTY OF NEW YORK    )

     IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 11th day of April, 2008, I served the Court's **ORDER** dated April 8, 2008, to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Pitkin Carpet Inc.
        368 Gunhill Road
        Bronx, NY 10467

                                                  IAN K. HENDERSON

Sworn to before me this
11th day of April, 2008

_____
NOTARY PUBLIC

ROSA FALLON
Commissioner of Deeds
City of New York - No. 2-12032
Qualified in Kings County
Commission Expires Jan 01, 20__