USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, AND MICHAEL J. FORDE, AS
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                               Plaintiffs,
-against-

PITKIN CARPET INC.,

                               Defendant.
------------------------------------------------------------------X

08 CV 869 (LTS)
ECF CASE

**MEMO ENDORSED**

**NOTICE OF MOTION**

*The within, unopposed, motion is granted. The Clerk of Court is requested to terminate all pending motions, and enter judgment accordingly, and close this case.*

**SO ORDERED.**

/s/ Laura Taylor Swain    6/19/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

COUNSEL:

PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on April 24, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Laura T. Swain, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 17-C, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to 9 U.S.C. § 9 granting plaintiffs' motion to confirm an arbitration award and directing that judgment be entered and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
April 24, 2008

Yours, etc.,

O'DWYER & BERNSTIEN, LLP

By: _____
ANDREW GRABOIS, ESQ.
Attorney for Plaintiffs
52 Duane Street, 5th Floor
New York, New York 10007
(212) 571-7100

TO: Pitkin Carpet Inc.
368 Gunhill Road
Bronx, NY 10467